**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | |
|---|---|
| FIRST PRIORITY BANK | : No. 655 MAL 2014 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| SPECHT CONSTRUCTION SERVICES, | : |
| INC., RICHARD J. MARIANI AND | : |
| JENNIFER MARIANI | : |
| | : |
| | : |
| | : |
| PETITION OF: RICHARD AND | : |
| JENNIFER MARIANI | : |
| | |
| FIRST PRIORITY BANK, REPSONDENT | : No. 656 MAL 2014 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| SPECHT CONSTRUCTION SERVICES, | : |
| INC., RICHARD MARIANI AND | : |
| JENNIFER MARIANI | : |
| | : |
| | : |
| | : |
| PETITION OF: RICHARD AND | : |
| JENNIFER MARIANI | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.